UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>v.<br><br>MMPR EL CENTRO HOLDINGS LLC,<br><br>Defendant. | Case No.: 25-cv-747-RSH-DEB<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 11] |

Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 11. The Motion satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own fees and costs.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
Hon. Robert S. Huie
United States District Judge